WILLIAM V. MUSTO, *ET AL.* v. PETER A. LEONE,
ACTING CITY CLERK, *ET AL.*

March 6, 1972. Petition for certification granted.

IN THE MATTER OF PETER A. LEONE,
ACTING MUNICIPAL CLERK.
IN RE: RECALL ELECTION OF CITY OF UNION CITY.

March 6, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN RAYMOND JOHNSON.

March 14, 1972. Petition for certification denied.

DATA ACCESS SYSTEMS, INC., *ET AL.* v. STATE OF NEW
JERSEY, BUREAU OF SECURITIES, *ET AL.*

March 14, 1972. Petition for certification granted. (See
117 *N. J. Super.* 95)

MUNICIPAL SANITARY LANDFILL AUTHORITY v. HACK-
ENSACK MEADOWLANDS DEVELOPMENT COMMIS-
SION, *ET AL.*

March 14, 1972. Petition for certification denied.

MARY GLAVIANO v. HARRYETTE B. WILLIAMS,
*EX'X, ET AL.*

March 14, 1972. Petition for certification denied.